**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 93-655C |
| | ) | Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENLARGE DISCOVERY SCHEDULE**

The parties jointly request that the Court modify the schedule in this case to enlarge the period for discovery on ripeness, through and including May 31, 2007, and state the following as grounds for the requested relief:

Pursuant to the Court's order dated July 12, 2006, the parties previously filed a joint status report outlining, among other things, a proposed discovery schedule in this case. Specifically, the parties proposed a discovery deadline of January 31, 2007. On August 14, 2006, the Court entered an order (the "Order") that, among other things, endorsed the January 31, 2007 discovery deadline.

Since the entry of the Court's order, the parties have been actively engaged in discovery. The plaintiffs have produced more than 90,000 pages of documents pursuant to the Government's document production requests on a "rolling basis," and are in the process of preparing responses to the Government's written discovery requests. The Government is also in the process of producing documents and responding to the plaintiff's discovery requests. Because this case involves dozens of properties located throughout the country, however, the task of locating and reviewing documents in the files of plaintiffs and multiple HUD offices has been a time-consuming and logistically challenging process.

Although both the plaintiffs and defendant have worked diligently and cooperatively to meet their respective discovery obligations, they do not anticipate that they will be able to complete discovery for the ripeness portion of this case within the original time period envisioned by the Order. The parties believe that the proposed additional time will help to assure that they have the information necessary to prepare their summary judgment briefs on the pending ripeness issues. Pursuant to the Order, the parties will file an additional joint status report after the close of discovery proposing a briefing schedule for summary judgment motions on ripeness.

This is the first time the parties have asked for an extension in the discovery deadline. They do not believe that any other modifications in the Order are appropriate at this time. No trial date has been set in this case.

WHEREFORE, the parties respectfully request that the deadline to complete discovery on ripeness in this matter be extended through and including May 31, 2007.

Respectfully submitted:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ Harry J. Kelly

Harry J. Kelly
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Attorneys for the Plaintiffs

/s David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 616-0465
(202) 307-0972 (fax)

Attorneys for Defendant

December 22, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of December, 2006, a copy of "JOINT MOTION TO ENLARGE DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington