**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | No. 93-655C<br>Judge Robert H. Hodges, Jr. |
| **ALGONQUIN HEIGHTS, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | No. 97-582C<br>Judge Robert H. Hodges, Jr. |

**PLAINTIFFS' RESPONSES**
**<u>TO DEFENDANT'S FIRST SET OF INTERROGATORIES</u>**

Pursuant to Rules 26 and 33 of the Rules of the United States Court of Federal Claims, Plaintiffs Anaheim Gardens, et al. and Algonquin Heights, et al. ("Plaintiffs"), by their attorneys Nixon Peabody LLP, make the following general and specific objections to the "Defendant's First Set of Interrogatories" (collectively, "Interrogatories" and individually, each an "Interrogatory") propounded by Defendant, The United States.

**GENERAL OBJECTIONS**

1. Plaintiffs object to the Interrogatories that attempt to elicit documents or information that are or may be protected by the attorney-client privilege, the work product doctrine, and any other legally cognizable privilege or protection from disclosure.

Inadvertent disclosure of any privileged or protected information shall not be a waiver of any claim or privilege or protection.

2. Plaintiffs object to each Interrogatory that is vague, ambiguous, irrelevant to the claim of ripeness, overbroad, calculated to cause undue burden and expense, and/or that seeks information outside the scope of permissible discovery.

3. Plaintiffs object to each Interrogatory that seeks information not within its possession, custody, or control.

4. Plaintiffs object to each Interrogatory that seeks documents or information within Defendant's knowledge and possession or to which Defendant has equal access.

5. Plaintiffs object to each Interrogatory that contains terms or phrases that are undefined.

6. Plaintiffs object to each Interrogatory that is unlimited in time or otherwise not limited to a reasonable time frame relevant to this litigation.

7. Plaintiffs object to each Interrogatory to the extent that discovery is ongoing in this matter, and it may not yet be in possession of all information necessary to respond in full to the Interrogatory. In this event, Plaintiff will supplement its answer at the appropriate time.

8. Plaintiffs object to each Interrogatory including the instructions and definitions thereto that impose discovery obligations that exceed the Rules of the United States Court of Federal Claims.

The foregoing General Objections are incorporated by reference within each of its answers and all answers are made subject to, and without waiving, those General Objections, whether or not specifically reiterated in the answers themselves.

**INTERROGATORY 1:**

Identify every owner, including general partners and limited partners, current and former, who invested in each of the Subject Properties. For each owner indicate their ownership interest, the period of time for which that ownership interest was held, and any other Subject Property in which that owner invested.

**Response:**

Plaintiffs object to this interrogatory on the ground that it is overly broad and unduly burdensome in that it requests information from 1969 through to the present. Plaintiffs further object to this interrogatory, because it does not seek information relevant to the ripeness issue, and because the information requested constitutes confidential business information of the owners of the Subject Properties.

**INTERROGATORY 2:**

For each Subject Property, describe in detail all actions taken pursuant to the ELIHPA including, but not limited to, whether you submitted a notice of intent to HUD, the date upon which any notice of intent was submitted to HUD, whether you submitted a plan of action to HUD, the date upon which any plan of action was submitted to HUD, the date upon which any submitted plan of action was approved or rejected by HUD, and the date upon which funding for any approved plan of action was provided by HUD.

**Response:**

Plaintiffs object to this interrogatory to the extent that it asks for a detailed description of "all actions." This portion of the interrogatory is ambiguous, vague, overly broad and unduly burdensome. Plaintiff also objects with respect to inquiries concerning approval or rejection of plans of actions: HUD routinely approved, conditionally approved, rejected and/or rejected and

later approved plans of action. Without waiving these objections, Plaintiffs' further respond as reflected on the charts attached hereto as Exhibit A.

**INTERROGATORY 3:**

For each Subject Property, describe in detail all actions taken pursuant to the LIHPRHA including, but not limited to, whether you submitted a notice of intent to HUD, the date upon which any notice of intent was submitted to HUD, whether you submitted a plan of action to HUD, the date upon which any plan of action was submitted to HUD, the date upon which any submitted plan of action was approved or rejected by HUD, and the date upon which funding for any approved plan of action was provided by HUD.

**Response:**

Plaintiffs object to this interrogatory to the extent that it asks for a detailed description of "all actions." This portion of the interrogatory is ambiguous, vague, overly broad and unduly burdensome. Plaintiff also objects with respect to inquiries concerning approval or rejection of plans of actions: HUD routinely approved, conditionally approved, rejected and/or rejected and later approved plans of action. Without waiving these objections, Plaintiffs' further respond as reflected on the charts attached hereto as Exhibit A.

**INTERROGATORY 4:**

For each Subject Property, describe in detail all communications between you and HUD relating to the possible prepayment of the property's Government-insured mortgage.

**Response:**

Plaintiffs object to this interrogatory as ambiguous, vague, overly broad and unduly burdensome. This request potentially encompasses 37 years of "all communications." To the extent the interrogatory seeks detailed information about oral communications, given the breadth

and vagueness of the request, it is more appropriately addressed in a deposition, and is not a proper subject for an interrogatory. To the extent there have been such communications, and those communications are written communications in the possession of Plaintiffs, they have previously been provided as part of the Plaintiffs' rolling document production.

**INTERROGATORY 5:**

For each Subject Property, state the date upon which you contend that HUD reached a final decision regarding the application of ELIHPA to the Subject Property and state all facts upon which you base your contention.

**Response:**

Plaintiffs object to this interrogatory on several grounds. First, the meaning of the term "final decision" is vague and ambiguous. There were multiple points of decision in the course of the process and because of modifications, and supplements made throughout the process by both the Plaintiffs and the Government, we cannot respond as to what the "final decision" date was in the process. To the extent Plaintiffs possess information about the date of final approval of the plans of action for the subject properties, that information is included in the charts attached as Exhibit A. Additionally, this information is information that should reside in the Government's possession. Accordingly, to the extent that information is provided to Plaintiffs in the Government's document production, Plaintiffs will supplement the response to this interrogatory. Further, the interrogatory is overly broad and unduly burdensome.

**INTERROGATORY 6:**

For each Subject Property, state the date upon which you contend that HUD reached a final decision regarding the application of LIHPRHA to the Subject Property and state all facts upon which you base your contention.

**Response:**

Plaintiffs object to this interrogatory on several grounds. First, the meaning of the term "final decision" is vague and ambiguous. There were multiple points of decision in the course of the process and because of modifications and supplements made throughout the process by both the Plaintiffs and the Government, we cannot respond as to what the "final decision" date was in the process. To the extent Plaintiffs possess information about the date of final approval of the plans of action for the subject properties, that information is included in the charts attached as Exhibit A. Additionally, this information is information that should reside in the Government's possession. Accordingly, to the extent that information is provided to Plaintiffs in the Government's document production, Plaintiffs will supplement the response to this interrogatory. Further, the interrogatory is overly broad and unduly burdensome.

**INTERROGATORY 7:**

For each Subject Property, if you contend that applying to prepay pursuant to the Preservation Statutes was futile, state all facts upon which you base your contention.

**Response:**

Plaintiffs object to this interrogatory on the ground that it calls for a legal conclusion and opinion. Further, Plaintiffs object to this interrogatory on the ground that it is vague, overly broad and unduly burdensome.

**INTERROGATORY 8:**

For each request for admission to which you responded with anything other than an unqualified admission, describe in detail the basis for your answer.

**Response:**

Plaintiffs object to this interrogatory on the ground that it is overly broad and burdensome because it requires a detailed explanation of unqualified denials. To the extent an admission was denied, the basic factual information supporting that denial is included in the charts attached as Exhibit A.

As to Objections

Dated: January 12, 2007

Respectfully submitted:

Harry J. Kelly
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000

Counsel for the Plaintiffs

EXHIBIT A

| Subject Property Name | Notice of Intent Filed Under ELIHPA | Date of Notice | Plan of Action Submitted Under ELIHPA | Date Plan of Action Submitted | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| 100 Centre Street | Yes | 12/28/90 | No | N/A | N/A | N/A |
| 1550 Beacon Street | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Algonquin Heights | Yes | 12/00/90 and June 1992 | Yes | 10/22/92 | Approved in HUD letter dated 9/28/94, amended by subsequent undated HUD letter | Unknown at this time |
| Anaheim Gardens | No | N/A | N/A | N/A | N/A | N/A |
| Beaumont/Thetford III | Yes | 12/00/90 and 6/5/92 | Yes | 12/22/93 | Rejected in HUD letter dated 12/18/94 | Unknown at this time |
| Brandy Hill | Yes | 12/27/90 and 6/5/92 | Yes | 12/8/93 | Approved in HUD letter dated 9/27/94 | As of 11/1/94 |
| Brookside Manor | No | N/A | N/A | N/A | N/A | N/A |
| Buckman Gardens | No | N/A | N/A | N/A | N/A | N/A |
| Calico Court (d/b/a Crab Point)/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Cedar Gardens | No | N/A | N/A | N/A | N/A | N/A |
| Chauncy House | No | N/A | N/A | N/A | N/A | N/A |
| Cherry Branch (Kimberly Gardens) | No | N/A | N/A | N/A | N/A | N/A |
| Chowan Court/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Coleridge Road/Thetford III | Yes | 12/00/90 and 6/5/92 | Yes | 7/7/94 | Unknown at this time | Unknown at this time |
| Columbus Court/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Countrytowne Apartments | No | N/A | N/A | N/A | N/A | N/A |
| Creekside Terrace | No | N/A | N/A | N/A | N/A | N/A |
| Cromwell Court | Yes | 12/27/90 and 6/2/92 | Yes | 11/12/92 | Approved in HUD letter dated 9/27/94 | As of 11/1/94 |
| Dolly Ann Apts. | No | N/A | N/A | N/A | N/A | N/A |
| Emory Grove (Willow Creek) | Yes | 12/21/90 | No | N/A | N/A | N/A |
| First Landmark | No | N/A | N/A | N/A | N/A | N/A |

| Subject Property Name | Notice of Intent Filed Under ELIHPA | Date of Notice | Plan of Action Submitted Under ELIHPA | Date Plan of Action Submitted | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Florin Meadows I | Yes | 7/12/89 and 5/18/92 | Yes | 9/1/89 and 7/22/94 | 1989 POA Rejected in HUD letter dated 7/16/91 and 1994 POA Approved in HUD letter dated 9/27/94 | Unknown at this time |
| Florin Meadows II | Yes | 5/15/90 and 5/18/92 | Yes | 5/15/90 and 7/22/94 | 1990 POA Rejected in HUD letter dated 7/16/91 and 1994 Approved in HUD letter dated 9/27/94 | Unknown at this time |
| Foothill | No | N/A | N/A | N/A | N/A | N/A |
| Forest Glen I | No | N/A | N/A | N/A | N/A | N/A |
| Forest Glen II | No | N/A | N/A | N/A | N/A | N/A |
| Fort Heath | Yes | 12/10/90 | Yes | 1/16/95 | Unknown at this time | Unknown at this time |
| Franklin Court/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Garrison Forest | No | N/A | N/A | N/A | N/A | N/A |
| Glenreed/Glenarden L.P. | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Glenarden/Glenreed L.P. | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Glendale Court/Thetford IV | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Glenview Gardens | No | N/A | N/A | N/A | N/A | N/A |
| Halawa View | No | N/A | N/A | N/A | N/A | N/A |
| Hardee Street/Thetford III | Yes | 12/00/90 & 6/5/92 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Henry Street/Thetford III | Yes | 12/00/90 and 6/5/92 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Holiday Town/Thetford III | Yes | 12/00/90 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Holiday Town II/Thetford IV | Yes | 12/00/90 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Holloway Court/Thetford III | Yes | 12/00/90 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Icemorelee Street/Thetford III | Yes | 12/00/90 and 6/5/92 | No | N/A | N/A | N/A |
| Indian Head Manor | Yes | 12/28/90 | No | N/A | N/A | N/A |
| Jefferson Court/Thetford IV | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Jewel Lake Villa I | No | N/A | N/A | N/A | N/A | N/A |

| Subject Property Name | Notice of Intent Filed Under ELIHPA | Date of Notice | Plan of Action Submitted Under ELIHPA | Date Plan of Action Submitted | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Jewel Lake Villa II | No | N/A | N/A | N/A | N/A | N/A |
| Jodani | No | N/A | N/A | N/A | N/A | N/A |
| Johnson Court/Thetford III | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Kings Grant | Yes | 6/5/92 | Yes | 11/12/92 | Approved in HUD letter dated 12/30/94 | As of 4/1/95 |
| Leader House | No | N/A | N/A | N/A | N/A | N/A |
| Long Drive I/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Market North I/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Market North II/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Metro West | No | N/A | N/A | N/A | N/A | N/A |
| Millbank Court/Thetford III | Yes | 12/00/90 and 6/5/92 | Yes | Unknown at this time | Denied Preliminary Approval in HUD letter dated 9/24/93; Preliminary Approval subsequently granted, but the date is unknown at this time. | Unknown at this time |
| Millwood Townhomes/Mid City | No | N/A | N/A | N/A | N/A | N/A |
| Milwood Apts/Biafora | No | N/A | N/A | N/A | N/A | N/A |
| Napa Park | Yes | 12/29/90 | No | N/A | N/A | N/A |
| New Amsterdam | No | N/A | N/A | N/A | N/A | N/A |
| Oakwood Ave/Thetford IV | Yes | 12/00/90 and 6/5/92 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Oakwood Ave II/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Ontario Townhouses | No | N/A | N/A | N/A | N/A | N/A |
| Palomar | No | N/A | N/A | N/A | N/A | N/A |
| Parthenia Manor | Yes | Unknown at this time | No | N/A | N/A | N/A |
| Peachtree Court/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Person Court/Thetford III | Yes | 12/00/90 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Pine Crest | No | N/A | N/A | N/A | N/A | N/A |

| Subject Property Name | Notice of Intent Filed Under ELIHPA | Date of Notice | Plan of Action Submitted Under ELIHPA | Date Plan of Action Submitted | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Raleigh North/Thetford III | Yes | 12/00/90 and 6/5/92 | Yes | 8/13/93 | Approved in HUD letter dated 4/25/94 | Unknown at this time |
| River Falls/Thetford III | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Riverside Village | Yes | 12/12/90 and 6/5/92 | Yes | 9/1/93 | Approved in HUD letter dated 9/27/94 | As of 11/1/94 |
| Rock Creek Terrace | No | N/A | N/A | N/A | N/A | N/A |
| San Tomas | No | N/A | N/A | N/A | N/A | N/A |
| Sierra Vista I | No | N/A | N/A | N/A | N/A | N/A |
| Silverlake Village | No | N/A | N/A | N/A | N/A | N/A |
| Southgate/Thetford IV | Yes | 12/00/90 | No | N/A | N/A | N/A |
| St. George's Plaza | No | N/A | N/A | N/A | N/A | N/A |
| Stewarts Creek/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Su Casa Por Cortez | No | N/A | N/A | N/A | N/A | N/A |
| Suburbia Fairfax | No | N/A | N/A | N/A | N/A | N/A |
| Suehar | No | N/A | N/A | N/A | N/A | N/A |
| Tower West | No | N/A | N/A | N/A | N/A | N/A |
| Town & Country I & II | No | N/A | N/A | N/A | N/A | N/A |
| Tucker Street/Thetford III | Yes | 12/00/90 and 6/5/92 | Yes | 12/22/93 | Denied Preliminary Approval in HUD letter dated 2/18/94; subsequent approval not known at this time | Unknown at this time |
| Victorian Arms | No | N/A | N/A | N/A | N/A | N/A |
| Waipahu Tower | No | N/A | N/A | N/A | N/A | N/A |
| Washington Plaza | Yes | 12/28/90 | No | N/A | N/A | N/A |
| Washington Street (d/b/a Deanswood)/Thetford III | Yes | 12/00/90 | No | N/A | N/A | N/A |
| Young Avenue/Thetford III | Yes | 12/00/90 | No | N/A | N/A | N/A |

| Subject Property Name | Notice of Intent Filed Under LIHPRHA | Date of Notice | Plan of Action Submitted Under LIHPRHA | Date of Plan of Action | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| 100 Centre Street | Yes | Unknown at this time | Yes | 3/21/95 | Conditionally Approved in HUD letter dated 9/27/95 | Approval letter states no funds available |
| 1550 Beacon Street | Yes | 6/5/92 | Yes | Unknown at this time | Unknown at this time | Unknown at this time |
| Algonquin Heights | No | N/A | N/A | N/A | N/A | N/A |
| Anaheim Gardens | Yes | 7/20/92 | Yes | 5/18/94 | Approved in HUD letter dated 1/31/95 | HUD letter dated 6/29/95 stating no funds available |
| Beaumont/Thetford IIII | No | N/A | N/A | N/A | N/A | N/A |
| Brandy Hill | No | N/A | N/A | N/A | N/A | N/A |
| Brookside Manor | Yes | 12/23/94 | Yes | 6/12/96 | Approved in HUD letter dated 8/12/96 | Unknown at this time |
| Buckman Gardens | Yes | 4/12/93 | Yes | 3/23/95 | Conditionally Approved in HUD letter dated 9/30/95 | Unknown at this time |
| Calico Court (d/b/a Crab Point)/Thetford IV | Yes | 6/5/92 | Yes | 1/4/95 | Unknown at this time | Unknown at this time |
| Cedar Gardens | Yes | 2/22/91 and 10/20/92 | Yes Plan of Action filed by Purchaser | 4/15/95 | HUD letter dated 6/15/95 refers to a 5/12/95 approval date of the non-profit Purchaser's Plan of Action | HUD letter dated 6/15/95 no funds available; HUD letter dated 6/22/95 reaffirmed no funds; appears funds not provided as of 10/24/95 letter from HUD addressing request to prepay |
| Chauncy House | Yes | 10/19/93 | Yes | 8/10/95 | Unknown at this time | As of 9/26/97 |
| Cherry Branch (Kimberly Gardens) | Yes | 12/22/94 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |

| Subject Property Name | Notice of Intent Filed Under LIHPRHA | Date of Notice | Plan of Action Submitted Under LIHPRHA | Date of Plan of Action | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Chowan Court/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Coleridge Road/Thetford III | No | N/A | N/A | N/A | N/A | N/A |
| Columbus Court/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Countrytowne Apartments | Yes | 5/4/94 | Yes | 4/16/96 | Unknown at this time | Unknown at this time |
| Creekside Terrace | Yes | Unknown at this time | Yes | On or about 1/19/94 based on HUD letter confirming receipt | Approved in HUD letter dated 10/11/94 | Unknown at this time |
| Cromwell Court | No | N/A | N/A | N/A | N/A | N/A |
| Dolly Ann Apts. | Yes | 1/26/95 | Yes | 5/21/96 | Approved in HUD letter dated 7/12/96 | Unknown at this time |
| Emory Grove (Willow Creek) | Yes | 4/6/94 and 8/8/94 | Yes | 2/15/96 | Approved in HUD letter dated 7/23/96 | Unknown at this time |
| First Landmark | Yes | 8/8/94 | Yes | 9/5/95 | Unknown at this time | Unknown at this time |
| Florin Meadows I | Yes | 6/17/92 | No | N/A | N/A | N/A |
| Florin Meadows II | Yes | 6/17/92 | No | N/A | N/A | N/A |
| Foothill | Yes | 5/8/92 | Yes | 2/10/94 | Unknown at this time | Unknown at this time |
| Forest Glen I | Yes | 1/30/95 | Yes | 6/14/96 | Approved in HUD letter dated 8/2/96 | Unknown at this time |
| Forest Glen II | Yes | 1/30/95 | Yes | 6/13/96 | Approved in HUD letter dated 8/2/96 | Unknown at this time |
| Fort Heath | No | N/A | N/A | N/A | N/A | N/A |
| Franklin Court/Thetford IV | Yes | 6/5/92 | Yes | 1/16/95 | Unknown at this time | Unknown at this time |
| Garrison Forest | Yes | Unknown at this time | Yes | 2/3/95 | Approved in HUD letter dated 10/17/95 | Unknown at this time |
| Glenarden/Glenreed L.P. | Yes | 11/13/92 | Yes | 12/22/95 | Approved in HUD letter dated 7/12/96 | Unknown at this time |
| Glenreed/Glenarden L.P. | Yes | 11/13/92 | Yes | 12/22/95 | Approved in HUD letter dated 7/12/96 | Unknown at this time |

| Subject Property Name | Notice of Intent Filed Under LIHPRHA | Date of Notice | Plan of Action Submitted Under LIHPRHA | Date of Plan of Action | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Glendale Court/Thetford IV | Yes | 6/5/92 | Yes | 12/23/94 | Unknown at this time | Unknown at this time |
| Glenview Gardens | Yes | 12/8/92 | Yes | 4/26/96 | Conditionally Approved in HUD letter dated 7/11/96 | Unknown at this time |
| Halawa View | Yes | 12/31/92 | Yes | Unknown at this time | Approved in HUD letter dated 7/1/96 | Unknown at this time |
| Hardee Street/Thetford III | Unknown at this time | Unknown at this time | Yes, based on 3/3/96 HUD approval letter | Unknown at this time | Conditionally Approved in HUD letter dated 3/3/96 | Per 3/3/96 HUD letter, no funding available |
| Henry Street/Thetford III | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Holiday Town/Thetford III | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Holiday Town II/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Holloway Court/Thetford III | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Icemorelee Street/Thetford III | Yes | 10/4/94 | Yes | 12/14/95 | Unknown at this time | Unknown at this time |
| Indian Head Manor | Yes | 6/5/92 | Yes | 10/10/95 | Approved by HUD in letter dated 7/23/96 | Unknown at this time |
| Jefferson Court/Thetford IV | Yes | 6/5/92 | Yes | On or about 6/17/94 | Approved by HUD in letter dated 12/22/94 as supplemented in letter dated 3/16/95 | Unknown at this time |
| Jewel Lake Villa I | Yes | 6/12/92 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Jewel Lake Villa II | Yes | 6/12/92 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Jodani | No | N/A | N/A | N/A | N/A | N/A |
| Johnson Court/Thetford III | Yes | 6/5/92 | Yes | 1/16/95 | Unknown at this time | Unknown at this time |
| Kings Grant | Yes | 12/27/90 | No | N/A | N/A | N/A |

| Subject Property Name | Notice of Intent Filed Under LIHPRHA | Date of Notice | Plan of Action Submitted Under LIHPRHA | Date of Plan of Action | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Leader House | Yes | 5/3/93 | Yes | 10/28/96 | Approved in HUD letter dated 2/12/97 | No funding available due to limited budget authority |
| Long Drive I/Thetford IV | Yes | 6/5/92 | Yes | 7/21/94 | Unknown at this time | Unknown at this time |
| Market North I/Thetford IV | Yes | 6/5/92 | Yes | 10/21/94 | Unknown at this time | Unknown at this time |
| Market North II/Thetford IV | Yes | 6/5/92 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Metro West | Yes | 10/1/92 | Yes | 8/29/94 | Approved in HUD letter dated 8/4/95 as revised in 12/1/95 letter | HUD letter dated 9/11/95 stating no funds available |
| Millbank Court/Thetford III | No | N/A | N/A | N/A | N/A | N/A |
| Millwood Townhomes/Mid City | Yes | 9/3/92 | Yes | 4/22/94 | Approved in HUD letter dated 10/21/94 | Unknown at this time |
| Milwood Apts/Biafora | Yes | 5/8/92 | Yes | On or about 8/17/93 | Approved as of 2/24/94 as stated in HUD letter dated 3/4/94 | Unknown at this time |
| Napa Park | Yes | 6/5/92 | Yes | On or about 2/1/95 | Approved in HUD letter dated 3/8/95 | Unknown at this time |
| New Amsterdam | Yes | 5/3/93 | Yes | 10/28/96 | Approved in HUD letter dated 2/12/97 | No funding available due to limited budget authority |
| Oakwood Ave/Thetford IV | No | N/A | N/A | N/A | N/A | N/A |
| Oakwood Ave II/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Ontario Townhouses | Yes | 7/2/92 | Yes | 2/28/94 | Approved as of 1/1/95 as stated in HUD letter dated 12/29/94 | Unknown at this time |
| Palomar | Yes | 7/29/92 and 8/17/92 | Yes | 1/10/95 | Approved in HUD letter dated 7/13/95 | Unknown at this time |

| Subject Property Name | Notice of Intent Filed Under LIHPRHA | Date of Notice | Plan of Action Submitted Under LIHPRHA | Date of Plan of Action | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Parthenia Manor | Yes | 5/8/92 | Yes | On or about 8/12/93 | Approved effective 2/24/94 in HUD letter dated 3/4/94 | Unknown at this time |
| Peachtree Court/Thetford IV | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Person Court/Thetford III | No | N/A | N/A | N/A | N/A | N/A |
| Pine Crest | No | N/A | N/A | N/A | N/A | N/A |
| Raleigh North/Thetford III | No | N/A | N/A | N/A | N/A | N/A |
| River Falls/Thetford III | Yes | 6/5/92 | Yes | 8/23/95 | Conditionally Approved in HUD letter dated 10/31/95 | Unknown at this time |
| Riverside Village | No | N/A | N/A | N/A | N/A | N/A |
| Rock Creek Terrace | Yes | 6/19/92 | Yes | 7/22/94 | Approved in HUD letter dated 1/31/95 | Unknown at this time |
| San Tomas | Yes | 5/8/92 | Yes | 1/17/94 | Approved in HUD letter dated 9/9/94 | Unknown at this time |
| Sierra Vista I | Yes | 6/22/92 | Yes | 9/2/94 | Approved in HUD letter dated 1/19/95 | Unknown at this time |
| Silverlake Village | Yes | 5/8/92 | Yes | Original date unknown at this time, revised 3/28/95 | Approved in HUD letter dated 4/27/95 as amended in letters dated 11/6/95 and 12/13/95 | HUD letter dated 9/11/95 stating no funds available, amended 9/20/95 |
| Southgate/Thetford IV | Yes | 6/5/92 | Yes | 7/15/94 | Conditionally Approved in HUD letter dated 12/4/95 | Unknown at this time |
| St. George's Plaza | Yes | 6/1/92 | Yes | 6/4/96 | Approved in HUD letter dated 7/12/96 and supplemented in HUD letter dated 2/12/97 | Unknown at this time |
| Stewarts Creek/Thetford IV | Yes | 11/23/94 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |

| Subject Property Name | Notice of Intent Filed Under LIHPRHA | Date of Notice | Plan of Action Submitted Under LIHPRHA | Date of Plan of Action | Date of Approval or Rejection of Plan of Action | Date on Which Funding Was Provided |
|---|---|---|---|---|---|---|
| Su Casa Por Cortez | Yes | 6/17/92 | Yes | 7/15/94 | Conditionally Approved in HUD letter dated 2/3/95 | Unknown at this time |
| Suburbia Fairfax | Yes | 7/10/92 | Yes | 9/13/95 | Conditionally Approved in HUD letter dated 6/14/96 | Unknown at this time |
| Suehar | No | N/A | N/A | N/A | N/A | N/A |
| Tower West | Yes | 5/14/92 | Yes | 3/20/95 | Approved in HUD letter dated 5/18/95 | January 1995 |
| Town & Country I & II | Yes | 9/14/93 | Yes | 1/24/95 | Approved in HUD letter dated 4/27/95 | Unknown at this time |
| Tucker Street/Thetford III | No | N/A | N/A | N/A | N/A | N/A |
| Victorian Arms | Yes | 7/29/92 | Yes | 6/20/94 | Conditionally Approved in HUD letter dated 12/22/94 | Unknown at this time |
| Waipahu Tower | Yes | 4/27/93 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |
| Washington Plaza | Yes | 8/6/92 | Yes | On or about 2/23/95 | Unknown at this time | Unknown at this time |
| Washington Street (d/b/a Deanswood)/Thetford III | Yes | 6/5/92 | Yes | 8/28/95 | Conditionally Approved in HUD letter dated 12/7/95 | Unknown at this time |
| Young Avenue/Thetford III | Yes | 11/23/94 | Unknown at this time | Unknown at this time | Unknown at this time | Unknown at this time |