# EXHIBIT F

**Greene, Billie**

**From:** Kelly, Harry
**Sent:** Wednesday, December 06, 2006 4:30 PM
**To:** 'David Harrington (david.harrington@usdoj.gov)'
**Cc:** Ziarno, Alycia
**Subject:** Anaheim/Algonquin -- Discovery Matters
**Contacts:** David Harrington

**Tracking:**

| Recipient | Read |
|---|---|
| 'David Harrington (david.harrington@usdoj.gov)' | |
| Ziarno, Alycia | Read: 12/6/2006 4:30 PM |

David --

It was good to speak with you today to discuss the matters raised in your letter dated Nov. 27, 2006, and related discovery topics. We discussed and agreed as follows:

1) Pursuant to your request, the plaintiffs agree to extend the deadline for your response to their document requests for an additional period of 60 days, through and including January 27, 2007 (that is a Saturday, so let's call it January 29, 2007). You have indicated that you may request a further extension at that time. Although you did not make a specific request, and we have not discussed a subsequent deadline, we anticipate that we will agree to a further reasonable extension if requested at that time, as you have extended similar courtesy to us. If you find that you are encountering particular difficulties and want to discuss a further extension before January 29, 2007, please feel free to call me.

2) We discussed the deadline to file the plaintiffs' responses to your written discovery requests and agreed to a "hard" deadline to delivery the plaintiffs' outstanding written discovery responses on January 12, 2007. Again, we appreciate you courtesy in this matter.

3) Your Nov. 27 letter requested assistance in identifying the documents that we have produced to you to date. As I explained, we are in the process of "tagging" our documents and incorporating them into a searchable database. As one approach to dealing with your request, I suggested that the parties agree to exchange their databases, at least insofar as they identify documents by plaintiff and bates number. You indicated that you would review whether DOJ has any policy with respect to exchanging this sort of information and would let me know if that is a possibility. I believe we actually use the Concordance technology, not Summation, if that makes any difference. If a reciprocal database sharing isn't practicable, we will work with you to provide identifying information when our tagging operation is complete.

4) In light of our on-going discovery activities, we agreed that it was appropriate to ask the court for an extension in the discovery deadline of four months (approximately 120 days), through and including May 31, 2007 (if you want to make it June 1, 2007, a Friday, that would be fine too). I said I would prepare a short motion to the Court and circulate it to you early next week.

I believe that covers that matters we discussed. If I have omitted anything, or if I have materially misstated anything in your view, please let me know as soon as possible. Thanks! HJK

Harry J. Kelly
Nixon Peabody LLP
Suite 900
401 9th Street, N.W.
Washington, D.C. 20004-2128
Office: 202.585.8712

Fax: 202.585.8080
hkelly@nixonpeabody.com
www.nixonpeabody.com

NIXON PEABODY LLP
ATTORNEYS AT LAW

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.