# EXHIBIT G

NIXON PEABODY LLP
ATTORNEYS AT LAW

Suite 900
401 9th Street, N.W.
Washington, D.C. 20004-2128
(202) 585-8000
Fax: (202) 585-8080

Harry J. Kelly
Direct Dial: (202) 585-8712
E-Mail: hkelly@nixonpeabody.com

January 12, 2007

**VIA HAND DELIVERY**

David Harrington, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, NW
Room 12136
Washington, DC 20530

**Re: Anaheim Gardens/Algonquin Heights**
**-- Plaintiffs' Discovery Responses**

Dear Mr. Harrington:

Pursuant to our prior agreement, please find enclosed two (2) copies of each of the following documents:

1. Plaintiffs' Responses to Defendant's First Set of Interrogatories (including Exhibit A thereto) ("Interrogatory Responses"); and

2. Plaintiffs' Response to Defendant's First Set of Requests for Admission ("Admission Responses").

We have drafted the Responses on a consolidated basis for the two cases. This approach allowed us to present much of the pertinent processing information in a single table, Exhibit A, which should allow you to spot specific information about all of the subject properties in a single document. We found this useful and we think you will also. A couple of the plaintiffs were traveling this week and, despite our best efforts, we were not able to obtain their signatures to the Interrogatory Responses and Admission Responses. As soon as they return, I will obtain their signatures and send them to you. Finally, as you will see, our review of the documents left some remaining questions. We expect that some of these questions may be answered by the materials



ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA • NEW YORK, NY

we receive as a result of the outstanding discovery requests we served upon the Government last year. Presently, responses to those requests are due later this month (or such later date as we may mutually agree to). If appropriate, we will amend or supplement these responses after we receive your responses to those requests.

I hope the new year has started off well for you. Please let me know if you have any questions.

Very truly yours,

Harry J. Kelly

cc: Alycia A. Ziarno, Esq.

HJK:bg

Enclosures