U.S. Department of Justice

Civil Division

JED:BMS:DHarrington
DJ No. 154-93-655

Tel: (202) 616-0465
Fax: (202) 307-0972

*Washington, D.C. 20530*

March 27, 2007

*Via Facsimile & U.S. Mail*

Harry J. Kelley, Esq.
Nixon Peabody, LLP
401 Ninth Street, NW
Suite 900
Washington, DC 20004-2129
(202) 585-8712

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.).

Dear Mr. Kelley:

At your request, we are producing on a rolling basis documents responsive to the plaintiffs' first request for production of documents in the Anaheim Gardens matter. Per our agreement, we are aiming to conclude the production of documents on or about April 9, 2007. However, one aspect of the requested production of documents in Anaheim Gardens is problematic.

The operative complaint in Anaheim Gardens names the plaintiffs filing suit and identifies those projects for which compensation is being sought. See Fourth Amended Compl. ¶ 7 (filed Sept. 16, 1997). The pending discovery seeks documents for "subject properties," which is defined generally as those projects "that are the subject of the claims asserted by the Plaintiffs in this litigation." Pls.' First Request for Production of Docs. ¶ 2. However, the definition of "subject properties" also includes a lengthy list of projects, many of which are not the subject of claims asserted in the Fourth Amended Complaint.[1]

We will be producing documents for those projects referenced in the definition of "subject properties," but only insofar as they are identified in paragraph seven of the Fourth Amended Complaint in Anaheim Gardens. A list of the projects for which we are compiling and producing documents is attached to this letter. We will not be producing documents relating to projects that are not at issue, i.e., projects not listed in the operative complaint.

[1] There is no analogous problem with the definition of "subject properties" used in the plaintiffs' first request for production in Algonquin Heights.

FILE

I trust this approach will meet with your approval. However, if you do not agree with the parameters described in this letter, please contact me to discuss the matter further.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

Enclosure

cc: Terri L. Roman, Esq.
Alice A. Peterson, Esq.

# Document Production In Progress

*Anaheim Gardens, et al. v. United States*, No. 93-655 (Fed. Cl.).

| Named Plaintiff | Project Name |
|---|---|
| Anaheim Gardens, LP | Anaheim Gardens |
| B-L Associates, LP | 1550 Beacon Plaza |
| Joseph R. Biafora & Stefi Biafora | Millwood Apartments |
| | Parthenia Manor Apts. |
| Cedar Gardens Associates, GP | Cedar Gardens |
| C-W Associates, LP | 100 Centre Plaza |
| Glenview Gardens, LP | Glenview Gardens Apartments |
| Peter Hwei-Yang Hsi & Priscilla Lai-Fong Hsi | Waipahu Tower |
| Indian Head Manor LP I | Indian Head Manor Apts |
| Norman M. Kronick & Louis Dulein | Halawa View Apts |
| Metro West Limited, LP | Metro West Apts. |
| Millwood Associates LP | Millwood Townhouses |
| Napa Park Apartments, LP | Napa Park Apartments |
| Ontario Townhouses, LP | Ontario Townhouses |

| Named Plaintiff | Project Name |
| --- | --- |
| The Palomar Apartments, LP | The Palomar |
| Rock Creek Terrace, LP | Rock Creek Terrace Apts. |
| Sierra Vista One, LP | Sierra Vista I |
| Silverlake Village, LP | Silverlake Village |
| Thetford Properties III, LP | River Falls Apts. |
| | Market North Apts II |
| | Deanswood Apts. |
| Thetford Properties IV, LP | Southgate Apts. |
| | Jefferson Court Apts. |
| | Glendale Court Apts. |
| | Market North Apts. I |
| 620 Su Casa Por Coretz, GP | Su Casa Por Cortez |
| 825 San Tomas Apartments, LP | San Tomas Gardens |
| 5324 Foothill Apartments, GP | Foothill Plaza |