# In the United States Court of Federal Claims

* * * * * * *

ANAHEIM GARDENS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

* * * * * * *

No. 93-655 C

Filed: May 15, 2007

**ORDER**

The parties second joint request for additional time to August 31, 2007 to complete discovery is GRANTED. Counsel will file a proposed briefing schedule for motions for summary judgment with respect to ripeness within seven days of the close of discovery.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge