**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 93-655 C |
| v. | ) | Judge Robert H. Hodges, Jr. |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a four-day enlargement of time, to and including Friday, June 15, 2007, within which to file a reply in support of its motion for protective order. The United States' reply brief is currently due Monday, June 11, 2007. This is the United States' first request for an enlargement of time for this purpose. Counsel for plaintiffs, Harry Kelly, does not oppose this motion.

The United States filed a motion for protective order in this takings case concerning HUD projects not identified in the operative complaint. On Friday, May 25, 2007, plaintiffs filed a response to the United States' motion. Four days later, plaintiffs filed an unopposed motion for leave to file a corrected response.[1] Since receiving plaintiffs' response brief, undersigned counsel has been involved in drafting and revising the United States' post-trial brief in Claremont Village Commons v. United States, Nos. 02-10002C, 94-10003C, 94-10005C, 94-10006C, 94-10007C, 94-10008C, 94-10010C, 94-10020C, 94-10030C, 94-10040C (Fed. Cl.),

[1] Plaintiffs' proposed corrected brief contains no significant, substantive changes.

and participating in settlement negotiations in C.D. Hayes v. United States, No. 01-376C (Fed. Cl.), and, as a result, requires additional time to draft the reply brief in this action.

Accordingly, the United States respectfully requests that the Court grant this motion for an enlargement of time of four days to enable to the United States to submit a reply brief in support of its motion for protective order.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 11, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on the 11th day of May 2007, a copy of "DEFENDANT'S MOTION UNOPPOSED MOTION FOR AN ENLARGEMENT TO FILE REPLY BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington