# In the United States Court of Federal Claims

* * * * * * *

*

ANAHEIM GARDENS, ET AL.,

*

Plaintiffs, No. 93-655 C

*

v. Filed: June 11, 2007

*

THE UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to June 15 within which to file its reply brief is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge