**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ANAHEIM GARDENS, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br>**Defendant.** | No. 93-655C<br>Judge Robert H. Hodges, Jr. |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**AN ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the Plaintiffs, by and through undersigned counsel, request a four business-day extension in the time for them to file their reply brief in support of its motion to amend the complaint in this case (the "Motion"), through and including Friday, July 6, 2007. The reply brief is currently due on Friday, June 29, 2007. This is the Plaintiffs' first request for an enlargement of time for this purpose. Counsel for the defendant, David Harrington, does not oppose this motion.

The Plaintiffs' Motion was contained in their Opposition to the Government's motion for a protective order. The Plaintiffs' Motion was filed on May 25, 2007 (a correct copy was filed a few days thereafter). The Government's reply brief was originally due on June 11, 2007, but the deadline to file that reply brief was extended without opposition through and including June 15, 2007. Since receiving the Government's reply brief, the Plaintiffs have been engaged in completing and serving responses to two sets of extensive discovery requests filed by the Government in this case, working with the Government to schedule depositions in this case, and preparing

for those depositions, the first of which will take place this week. In addition, a status conference in another matter pending the U.S. district court in Kentucky was unexpectedly scheduled for this week, requiring Plaintiffs' counsel to be absent from his office for most of two days this week. As a result, additional time is required in order to prepare the reply brief.

Accordingly, the Plaintiffs respectfully request that the Court grant this motion for an enlargement of time of four business days through and including July 6, 2007, to enable the Plaintiffs to submit a reply brief in support of its Motion.

Dated: June 26, 2007

Respectfully submitted:

/s/ Harry J. Kelly_______________
Harry J. Kelly
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000
.
Attorneys for the Plaintiffs

## CERTIFICATE OF FILING

I hereby certify that on the 26th day of June, 2007, a copy of the foregoing Plaintiffs' Unopposed Motion For An Enlargement Of Time To File Reply Brief was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, a copy of this filing has been transmitted by facsimile to the Government's counsel, David Harrington, Esq.

/s/ Harry J. Kelly