# In the United States Court of Federal Claims

* * * * * * *
*
ANAHEIM GARDENS, ET AL.,
*
Plaintiffs, * No. 93-655 C
v. * Filed: June 26, 2007
*
THE UNITED STATES OF AMERICA,
*
Defendant.
*
* * * * * * *

**ORDER**

Plaintiffs' unopposed motion for an enlargement of time to July 6 within which to file a reply brief in support of the motion to amend the complaint is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge