# In the United States Court of Federal Claims

* * * * * * *
*
ANAHEIM GARDENS, ET AL.,
*
Plaintiffs, No. 93-655 C
*
v. Filed: July 9, 2007
*
THE UNITED STATES OF AMERICA,
*
Defendant.
*
* * * * * * *

**ORDER**

The parties will address discovery issues with respect to ripeness and any issues relating to pending motions in this case at a hearing next Friday, July 20, at 11:00 a.m. Counsel will file briefs concurrently on July 17 in advance of the hearing.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge