U.S.Department of Housing and Urban Development
Pacific/Hawaii Office
450 Golden Gate Avenue
San Francisco, California 94102-3448

JUN 15 1995

Mr. James H. McAllister
Mr. James R. Bancroft
Partners
Cedar Gardens Associates,
a Partnership
601 Montgomery St., Suite 900
San Francisco, CA 94111

Gentlemen:

SUBJECT: Cedar Gardens
Project Number 121-55062
Fresno, California

The Department currently does not have funds available to fund incentives for your Plan of Action for Cedar Gardens (Project Number 121-55062), which was approved on May 12, 1995 under the Low Income Housing Preservation and Resident Homeownership Act of 1990 (LIHPRHA). The LIHPRHA statute provides that if we do not provide funding for these incentives within certain timeframes, you may prepay without the Secretary's consent.

You may prepay your mortgage if the Department is unable to provide incentives before the earlier of the expiration of the 6 month period beginning after final approval of the Plan of Action or the expiration of the 2 month period after the beginning of the first fiscal year after final approval. In your case, you may prepay your mortgage if the Department does not provide incentives by November 12, 1995.

Be advised that if we are unable to fund your incentives within the statutory timeframes and you decide to prepay your mortgage and terminate the low-income use restrictions for your property, you will be responsible for providing relocation assistance to any tenants displaced as a result of such prepayment. You shall pay fifty percent of the relocation expenses of each family relocated, except that the percentage may be higher depending on State or local laws.

You may also be required to allow current tenants who resided in the property on the date you filed your Initial Notice of Intent to remain in the property for a period of three years, commencing on the date of prepayment. These tenants will pay the same rents existing at the time of prepayment, except for rent increases made necessary due to increased operating costs. This continued occupancy provision applies to all elderly and disabled tenants and to all other tenants if the project is located in a low-vacancy area, as determined by HUD.

The Department will work with the Fresno Housing Authority to find suitable units for each displaced family. Further, to the extent funds are available, eligible low and very-low income families displaced as the result of a prepayment shall receive Section 8 Certificates.

If you have any questions on this matter, please contact Tom Vitek, Preservation Coordinator, at (415) 556-0796.

Sincerely yours,

Janet Browder
Director
Multifamily Housing
Division

cc:
Ms. Carol J. Ornelas
Chief Executive Officer
ACLC, Inc.
42 North Sutter St., Suite 206
Stockton, CA 95202

Mr. Richard Mandel
Senior Program Manager
California Housing Partnership Corp.
2201 Broadway, Suite 823
Oakland, CA 94612

Mr. William Michaud
Michaud and Hoshiyama
414 Jackson St., Suite 202
San Francisco, CA 94111

Mr. Lawrence S. Levy
Levy, Levy & Levy
595 Market St., Suite 2400
San Francisco, CA 94105