**U.S. Department of Justice**

Civil Division

JED:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 307-0277
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

June 26, 2007

*Via Facsimile & U.S. Mail*

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.);
*Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

Having reviewed the proposed schedule for depositions recently received from Ms. Ziarno, I have a number of concerns. Rather than detailing those concerns, I am simply enclosing a revised schedule with this letter. Consistent with your proposal, the enclosed revision does not schedule depositions on July 5 or 6, 2007, uses your suggested dates for the many Cambridge Square/Carriage House plaintiffs, and schedules no depositions during the week of August 6, 2007 to accommodate your vacation plans. In addition, the United States will take depositions in the cities requested in your previous correspondence. I trust that this meets with your approval.

Given that many open days exist in July and August and that substantial resources are available to a national firm such as Nixon Peabody, we do not agree to Ms. Ziarno's proposal to extend the discovery deadline, which has already been extended twice. If taking depositions on open dates are not feasible, however, we are willing to consider double tracking depositions to enable you to complete deposition discovery before August 31, 2007.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

Enclosure

FILE

# Ripeness Deposition Schedule

| PLAINTIFF[1] | PROJECT NAME | LOCATION & DEPOSITION DATE |
|---|---|---|
| 1. Anaheim Gardens, LP<br>c/o L.S. Ames<br>P.O. Box 515<br>25332 Narbonne Avenue, Suite 200<br>Lomita, CA 90717 | Anaheim Gardens | July 30, 2007<br>Los Angeles, CA |
| 2. B-L Associates, LP<br>c/o Roger W. Stern<br>1560 Beacon Street<br>Brookline, MA 02146 | 1550 Beacon Plaza | July 18, 2007<br>Boston, MA |
| 6. C-W Associates, LP<br>c/o Roger W. Stern<br>1560 Beacon Street<br>Brookline, MA 02146 | 100 Centre Plaza | July 17, 2007<br>Boston, MA |
| 7. Glenview Gardens, LP<br>c/o Mid-City Financial Corporation<br>4340 East-West Highway, Suite 300<br>Bethesda, MD 20814 | Glenview Gardens Apartments | July 11, 2007<br>Washington, DC |
| 9. Indian Head Manor LP I<br>c/o Mid-City Financial Corporation<br>4340 East-West Highway, Suite 300<br>Bethesda, MD 20814 | Indian Head Manor Apts | July 10, 2007<br>Washington, DC |
| 10. Norman M. Kronick & Louis Dulein<br>d/b/a Halawa View Apartments, GP<br>c/o Norman Kronick<br>Halawa View Apartments<br>3605 Manamana Place<br>Honolulu, HI 96822 | Halawa View Apts | July 30-31, 2007<br>Los Angeles, CA |
| 19. Thetford Properties III, LP<br>c/o Richard A. Urban<br>P.O. Box 168<br>Richmond, VA 23201 | River Falls Apts. | July 24-25, 2007<br>Washington, DC |
| 20 Thetford Properties III, LP<br>c/o Richard A. Urban<br>P.O. Box 168<br>Richmond, VA 23201 | Market North Apts II | July 24-25, 2007<br>Washington, DC |

1 The Anaheim Gardens plaintiffs are plaintiffs 1 to 28. The Algonquin Heights plaintiffs are plaintiffs 29 to 71.

| | | |
|---|---|---|
| 21. Thetford Properties III, LP<br>c/o Richard A. Urban<br>P.O. Box 168<br>Richmond, VA 23201 | Washington Street Apartments d/b/a Deanswood Apts. | July 24-25, 2007<br>Washington, DC |
| 22. Thetford Properties IV, LP<br>c/o Richard A. Urban<br>P.O Box 168<br>Richmond, VA 23201 | Southgate Apts. | July 26-27, 2007<br>Washington, DC |
| 23. Thetford Properties IV, LP<br>c/o Richard A. Urban<br>P.O Box 168<br>Richmond, VA 23201 | Jefferson Court Apts. | July 26-27, 2007<br>Washington, DC |
| 24. Thetford Properties IV, LP<br>c/o Richard A. Urban<br>P.O Box 168<br>Richmond, VA 23201 | Glendale Court Apts. | July 26-27, 2007<br>Washington, DC |
| 25. Thetford Properties IV, LP<br>c/o Richard A. Urban<br>P.O Box 168<br>Richmond, VA 23201 | Market North Apts. I | July 26-27, 2007<br>Washington, DC |
| 29. Algonquin Heights Associates, LP<br>55 Summer Street<br>Boston, MA 02110 | Algonquin Heights | July 17, 2007<br>Boston, MA |
| 31. Brookside Manor Associates LP<br>c/o Mid-City Financial Corp.<br>4340 East-West Highway, Suite 300<br>Bethesda, MD 20814 | Brookside Manor Apartments | July 19, 2007<br>Washington, DC |
| 32. Buckman Gardens LP<br>c/o John G. Gosnell<br>8130 Boone Blvd.<br>Vienna, VA 22180 | Buckman Road Garden Apartments | August 24, 2007<br>Washington, DC |
| 33. Cambridge Square North Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Cambridge Square North I | August 1, 2007<br>Washington, DC |
| 34. Cambridge Square of Ft. Wayne Associates I, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Cambridge Square of Fort Wayne I | August 1, 2007<br>Washington, DC |
| 35. Cambridge Square of Grand Rapids Associates I, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Cambridge Square of Grand Rapids | August 2, 2007<br>Washington, DC |

| | | |
|---|---|---|
| 36. Cambridge Square of Grand Rapids Associates II, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Cambridge Square of Grand Rapids II | August 2, 2007<br>Washington, DC |
| 37. Carriage House North Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House North | August 13, 2007<br>Washington, DC |
| 38. Carriage House of Elkhart Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House of Elkhart | August 13, 2007<br>Washington, DC |
| 39. Carriage House of Mishawaka Associates I, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House of Mishawaka I | August 14, 2007<br>Washington, DC |
| 40. Carriage House of Mishawaka Associates II, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House of Mishawaka II | August 14, 2007<br>Washington, DC |
| 41. Carriage House of Muskegon Assocs, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House of Muskegon | August 15, 2007<br>Washington, DC |
| 42. Carriage House South Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House South | August 15, 2007<br>Washington, DC |
| 43. Carriage House West I Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House West I | August 16, 2007<br>Washington, DC |
| 44. Carriage House West II Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House West II | August 16, 2007<br>Washington, DC |
| 45. Carriage House West III Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House West III | August 17, 2007<br>Washington, DC |
| 46. Carriage House West IV Associates, LP<br>PO Box 40177<br>Indianapolis, IN 46240 | Carriage House West IV | August 17, 2007<br>Washington, DC |

| | | |
|---|---|---|
| 47. Chauncy House Company<br>c/o State Street Dev. Mgmt. Corp.<br>488 Commonwealth Avenue<br>Boston, MA 02215 | Chauncy House | July 13, 2007<br>Washington, DC |
| 49. Country Towne Apartments<br>Partnership<br>c/o Littman & Pakenham<br>Box 6013<br>North Brunswick, NJ 08902 | Country Towne Apartments | August 23, 2007<br>NYC |
| 50. Dolly Ann Apartments LP<br>c/o Mid-City Financial<br>Corporation<br>4340 East-West Highway,<br>Suite 300<br>Bethesda, MD 20814 | Dolly Ann Apartments | June 27, 2007<br>Washington, DC |
| 51. Emory Grove LP<br>c/o NHP<br>8065 Leesburg Pike, Suite 400<br>Vienna, VA 22182-2780<br>Attn: Roberta Ujakovich | Willow Creek Apartments | June 28, 2007<br>Washington, DC |
| 52. First Landmark Associates LP<br>c/o Mid-City Financial Corporation<br>4340 East-West Highway, Suite<br>300<br>Bethesda, MD 20814 | Landmark Apartments | July 23, 2007<br>Washington, DC |
| 53. Forest Glenn Ltd. Div.<br>Housing Ass'n<br>c/o Joel L. Altman<br>Altman Development Corp.<br>2201 Corporate Blvd., N.W.,<br>Suite 200<br>Boca Raton, FL 33433 | Forest Glenn Apartments<br>(Phase I) | August 29, 2007<br>Washington, DC |
| 54. Forest Glenn Ltd. Div.<br>Housing Ass'n<br>c/o Joel L. Altman<br>Altman Development Corp.<br>2201 Corporate Blvd., N.W.,<br>Suite 200<br>Boca Raton, FL 33433 | Forest Glenn Apartments<br>(Phases II & III) | August 29, 2007<br>Washington, DC |
| 56. Garrison Forest Associates<br>c/o Mount Royal Management Co.<br>1233 West Mount Royal Ave.<br>Baltimore, MD 21217 | Garrison Forest Apartments<br>(Section I) | August 27, 2007<br>Washington, DC |

| | | |
|---|---|---|
| 57. Garrison Forest Associates<br>c/o Mount Royal Management Co.<br>1233 West Mount Royal Ave.<br>Baltimore, MD 21217 | Garrison Forest Apartments (Section II) | August 27, 2007<br>Washington, DC |
| 58. Glenarden LP<br>c/o Daniel M. Lyons<br>13685 Rivioli Drive<br>Palm Beach Garden, FL 33410 | Glenarden Woods Apartments | August 30, 2007<br>Washington, DC |
| 59. Glenarden LP<br>c/o Daniel M. Lyons<br>13685 Rivioli Drive<br>Palm Beach Garden, FL 33410 | Glenreed Apartments | August 30, 2007<br>Washington, DC |
| 60. Jodani Associates, LP<br>c/o Alpert & Alpert<br>Development Ltd.<br>One Parker Plaza<br>Fort Lee, NJ 07024 | Jodani Associates | August 21, 2007<br>New York, NY |
| 61. Kimberly Associates LP<br>c/o NHP<br>8065 Leesburg Pike, Suite 400<br>Vienna, VA 22182-2783<br>Attn: Robert Ujakovich | Cherry Branch Townhomes | July 20, 2007<br>Washington, DC |
| 63. Leader House Associates & Leader Housing Co.<br>c/o Starrett Corporation<br>909 Third Avenue<br>New York, NY 10022 | Leader House Apartments | August 22, 2007<br>New York, NY |
| 64. New Amsterdam Associates & New Amsterdam Houses, Inc.<br>c/o Starrett Corporation<br>909 Third Avenue<br>New York, NY 10022 | New Amsterdam Apartments | August 22, 2007<br>New York, NY |
| 65. Pine Crest Company<br>c/o State Street Dev. Mgmt. Corp.<br>488 Commonwealth Avenue<br>Boston, MA 02215 | Pine Crest Apartments | July 13, 2007<br>Washington, DC |
| 67. Suburbia Associates LP<br>c/o Steven G. Dakes<br>Brown, Dakes, Wannall<br>3025 Hamaker Court, Suite 401<br>Fairfax, VA 22031-2226 | Suburbia Fairfax Apartments | August 31, 2007<br>Washington, DC |

| | | |
|---|---|---|
| 68. Suehar Associates, LP<br>c/o Alpert & Alpert<br>Development Ltd.<br>One Parker Plaza<br>Fort Lee, NJ 07024 | Suehar Associates | August 21, 2007<br>New York, NY |
| 70. Town & Country Apts. and<br>Townhouses<br>c/o Mount Royal Management<br>Company<br>1223 West Mount Royal Avenue<br>Baltimore, MD 21217 | Town & Country Apartments and Townhouses (Section I) | August 28, 2007<br>Washington, DC |
| 71. Town & Country Apts. and<br>Townhouses<br>c/o Mount Royal Management Co.<br>1223 West Mount Royal Avenue<br>Baltimore, MD 21217 | Town & Country Apartments and Townhouses (Section II) | August 28, 2007<br>Washington, DC |