**U.S. Department of Justice**

Civil Division

JED:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 616-0465
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

August 6, 2007

*Via Electronic Mail and U.S. Mail*

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.); *Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

Please find enclosed deposition notices for ripeness depositions during the weeks of August 20 and August 27, 2007. The depositions are noticed in the respective cities suggested in your earlier correspondence. Several depositions that were originally noticed in July have been rescheduled during these two weeks in order to complete deposition discovery by the August 31, 2007 deadline.

As you are aware, the United States consulted with you about preferred deposition locations and times, and worked to facilitate a mutually acceptable schedule for needed depositions. The vast majority of plaintiffs' requests were accommodated. To date, we have received no similar inquiries about depositions of Government witnesses. Less than four weeks remain before the close of discovery. If plaintiffs intend to take any ripeness depositions, please notify us promptly so that witnesses can be informed, necessary travel arranged, appropriate preparations made, and a mutually agreeable schedule established.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

Enclosures