# In the United States Court of Federal Claims

No. 93-655C
(Filed: November 9, 2007)

```
***********************************
ANAHEIM GARDENS, et al.,          *
                                  *
                  Plaintiffs,     *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

Pursuant to the parties' request, **a status conference will be held on Wednesday, November 14, 2007, at 10:00 a.m., Eastern Standard Time.** The parties shall appear by telephone.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge