# In the United States Court of Federal Claims

No. 93-655C
(Filed: November 14, 2007)

```
***********************************
ANAHEIM GARDENS, et al.,          *
                                  *
                  Plaintiffs,     *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

Defendant's counsel notified the court via telephone and facsimile on November 13, 2007 that the parties reached an agreement on, and have therefore resolved, the issue that prompted them to request, and the court to schedule, a status conference. **Accordingly, the status conference scheduled for today, Wednesday, November 14, 2007, is CANCELLED.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge