# In the United States Court of Federal Claims

No. 93-655C
(Filed: November 29, 2007)

************************************
ANAHEIM GARDENS, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On November 28, 2007, defendant filed its Unopposed Motion for Leave to Take a Deposition After the Discovery Deadline ("motion"). The deadline for the completion of discovery on ripeness is December 7, 2007. In its motion, defendant states that plaintiffs served an expert report on November 21, 2007. The author of the report, David Smith, is also a fact witness and was scheduled to be deposed in that capacity on December 4, 2007. Defendant represents that Mr. Smith's expert report concerns nearly 100 HUD-insured housing projects across the United States and that defendant requires time to analyze the information contained in the report. Because eight previously noticed depositions are scheduled between November 26, 2007, and December 3, 2007, defendant maintains that it would not be able to adequately prepare for a deposition of Mr. Smith regarding his expert report before the December 7th deadline. Should the court grant defendant's motion, defendant states that the currently scheduled deposition of Mr. Smith (and related subpoena) would be cancelled and a new deposition encompassing both factual opinions and the expert report would be conducted on January 9-10, 2008, dates upon which the parties have agreed.

**Accordingly, defendant's motion is granted. Defendant shall take the deposition of plaintiffs' witness, Mr. Smith, on January 9-10, 2008.** If the parties determine that additional time is necessary to conduct discovery beyond January 10, 2008, then an appropriate motion shall be filed with the court.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge