EXHIBIT A

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANAHEIM GARDENS, et al.,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | No. 93-655C<br>Judge Robert H. Hodges, Jr. |

## PLAINTIFFS FIRST REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of the Rules of the United States Court of Federal Claims, Plaintiffs Anaheim Gardens, et. al request that the United States Department of Housing and Urban Development ("Defendant" or "HUD") respond to the following requests for admissions.

## DEFINITIONS AND INSTRUCTIONS

1. The terms "you," "your," or "Defendant" refers to the United States Department of Housing & Urban Development ("HUD"), and all of its predecessor and successor agencies, and any past or present officer, employee, agent, attorney, investigator, and all other persons or entities that acted or purported to act, or act or purport to act on its behalf.

2. The term "Subject Property" refers to a property that is the subject of the claims asserted in this litigation, including Anaheim Gardens, 1550 Beacon Street, 100 Centre Plaza, Cedar Gardens, Victorian Arms Apartments, Florian Meadows I, Florian Meadows II, Creekside Terrace, Glenview Gardens, Hillview Townhouses, Hillview Townhouses No. 1, Indian Head Manor Apartments, Jewel Lake Villa II, Millwood Apartments (Joseph & Stefi Biafora), Metro West Ltd.,

**EXHIBIT A**

Request for Admission No. 8

Admit that if the windfall profits test provided sec. 222(c) of LIHPRHA indicated that an inadequate supply of decent, affordable housing existed in the rental market of any of the Subject Properties, that property would not be eligible to prepay its Government insured mortgage.

**EXHIBIT A**

**PROOF OF SERVICE**

I hereby certify that this twenty-seventh day of October, 2006, I caused a copy of the Plaintiffs First Request for Admissions to be served by first-class mail, postage pre-paid upon

David Harrington
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Room 12136
1100 L Street, N.W.
Washington, D.C. 20530

Harry J. Kelly