EXHIBIT I



UNITED STATES COURT OF FEDERAL CLAIMS

ANAHEIM GARDENS, et al., )
Plaintiffs, )
v. ) No. 93-655C
THE UNITED STATES, )
Defendant. )
ALGONQUIN HEIGHTS, et al., )
Plaintiffs, )
v. ) No. 97-582C
THE UNITED STATES, )
Defendant. )

\- - - - - - - - - - -

DEPOSITION OF FRANCA GUIDA HETUE

Wednesday, November 14, 2007

Washington, D.C.

Reported by: Cheryl A. Lord, RPR, CRR

A. The plans of action that were not approved, I still have them all in a file cabinet. And the files that were approved are in current bay with a regular processing of the other files, regular portfolios.
Q. I'm sorry.
You say they're in a bay.
A file cabinet?
A. Right.
You got a room where all the file cabinets are because they're active files.
Q. When you say the plans of action that were approved and those that were not approved, there were some approved but not funded, would they all be in an approved plan of action file, or are they a third category of documents?
A. They were approved but not funded, all in one file cabinet.
Q. So the documents relating to Park Chateau West would be in there as well, for example?
A. No.
That one was approved, so it would have

been in the general file category.

Q. I'm sorry.

I thought you said that all the plans of action that were approved were kept in one set of files.

A. Ones that are approved are still working files, so they're in the general file cabinets that the servicers go in and pull out and work on. That's where Park Chateau West would have gone.

Q. So it would be there presumably.

To your knowledge is it still there?

A. No, it's not there.

Q. What happened to it?

A. I don't know.

Q. Did you have occasion to look for it at any point?

A. Yes, and it's gone.

Q. When did you have occasion to look for those documents?

A. Just recently.

Q. What was the cause for you to look at those?

A. We had a call-in for files, for all files, preservation files.

Q. Do you remember receiving any kind of a notice at any point indicating that you were to preserve records relating to any properties because of pending litigation?

A. Just recently.

Q. When you say, just recently, are you saying like in the last 3 months?

A. I think it was February, March time frame.

Q. Between the time you started as preservation coordinator and now, did you receive any such notice?

A. I did not.

Q. And the notice that you were referring to in February or March of 2007, was that also in connection with the Park Chateau West?

A. No.

That was Algonquin series case.

Q. So you were asked at some other point to look for the Park Chateau West documents?

A. When I was pulling documents for the

lawyers, there were missing documents. So the lawyers had asked me to provide -- asked me if I had any prepayments. And I said yes.

Q. And what time frame was that?

A. June, July.

Q. Of this year?

A. Yes.

Q. So that's when you went to look for the Park Chateau West?

A. Yes.

Q. At that point you determined that they were not there?

A. Right.

Q. Was there any indication of anybody having put a removal tag or checking out a document of any kind?

A. No.

Q. Do you keep a log as to who checks in and checks out those kinds of files?

A. No, we don't.

Q. Okay. When was the last time you saw the Park Chateau West documents?

Do you recall?
A. No, I don't recall.
Q. Would it have been around the time of the final approval or sometime later?
Do you have knowledge?
A. Probably around the time of the final approval, because I was just the preservation coordinator. There was a project manager that actually had that property in the portfolio.
Q. Who else would have access to those kinds of records?
Are they in a locked room or secured place, or are they generally open to anybody who is in the office?
A. Anybody in the office has access.
Q. Bear with me a moment. Just take a moment to find a particular document.
MR. KELLY: What number are we on?
(Discussion off the record.)
\- - -
(Exhibit Hetue 4 was marked for identification.)