**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ANAHEIM GARDENS, et al.,
Plaintiffs,
v.
THE UNITED STATES,
Defendant.

No. 93-655C
(Judge Robert H. Hodges, Jr.)

ALGONQUIN HEIGHTS, et al.,
Plaintiffs,
v.
THE UNITED STATES,
Defendant.

No. 97-582C
(Judge Robert H. Hodges, Jr.)

**REVISED RULE 30(b)(6) NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims, the Plaintiffs, by and through their attorneys Nixon Peabody LLP, will take the deposition of the Defendant, the United States, upon oral examination before an officer authorized by law to administer oaths. The deposition will commence at 9:30 a.m. on Monday, November 5, 2007, at the offices of Nixon Peabody LLP, 401 9th Street N.W., Washington, D.C. 20004. The deposition shall be taken for purposes of discovery and/or evidence at the time of trial in the above matters, and will continue from day to day until complete.

Pursuant to Rule 30(b)(6), you shall designate the most knowledgeable person or persons to testify upon its behalf as to the following subject matters:

1. The United States Department of Housing and Urban Development's ("HUD") policies and practices concerning prepayment under the Emergency Low Income House Preservation Act of 1987 ("ELIHPA") and the Low Income Housing Preservation and Resident Homeownership Act of 1990 ("LIHPRHA").

2. The nature and extent of HUD's discretion, if any, to permit, approve, or otherwise to take action upon, or decline to act upon, a formal or informal request from an individual or entity to prepay a HUD insured mortgage after the enactment of, and pursuant to the provisions of, ELIHPA and LIHPRHA, and specific examples of the exercise of that discretion should it exist.

3. The identity of any properties that were permitted to prepay under ELIHPA and LIHPRHA, and all facts and circumstances related to those properties and the prepayment.

4. The specific criteria and/or methodology used by HUD to determine whether a property was permitted to prepay under ELIHPA and LIHPRHA.

5. The specific steps and authorizations required to process an application to prepay, seek incentives, or sell a property to a qualified purchaser under ELIHPA and LIHPRHA.

6. The drafting, development and implementation of the forms used to process applications under ELIHPA and LIHPRHA, including specifically all versions and drafts of the forms known or referred to as "Intent to Prepay Mortgage," the "Notice of Intent (ELIHPA) To Extent Low-Income Affordability Restrictions," the "Initial Notice of Intent to Terminate or Extend Low-Income Affordability Restrictions," drafted, developed and/or used between 1987 and 1996.

Dated: October 19, 2007

Harry J. Kelly
NIXON PEABODY LLP
401 9th Street N.W., Suite 900
Washington, D.C. 2004
(202) 585-8000
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 19th day of October 2007, I caused to be delivered by electronic mail the foregoing Rule 30(b)(6) Notice of Deposition to:

David A. Harrington
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice, Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530

Harry J. Kelly