**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 93-655C |
| | ) | (Judge Margaret M. Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S**
**FOURTH SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Rules of the United States Court of Federal Claims, Plaintiffs Anaheim Gardens, et al. (collectively "Plaintiffs"), by their attorneys Nixon Peabody LLP, make the following general and specific objections to the "Defendant's Fourth Set of Interrogatories" (collectively, "Interrogatories" and individually, each an "Interrogatory") propounded by Defendant, The United States.

**GENERAL OBJECTIONS**

1. Plaintiffs object to the Interrogatories that attempt to elicit documents or information that are or may be protected by the attorney-client privilege, the work product doctrine, and any other legally cognizable privilege or protection from disclosure. Inadvertent disclosure of any privileged or protected information shall not be a waiver of any claim or privilege or protection.

2. Plaintiffs object to each Interrogatory that is vague, ambiguous, irrelevant to the claim of ripeness, overbroad, calculated to cause undue burden and expense, and/or that seeks information outside the scope of permissible discovery.

3. Plaintiffs object to each Interrogatory that seeks information not within its possession, custody, or control.

4. Plaintiffs object to each Interrogatory that seeks documents or information within Defendant's knowledge and possession or to which Defendant has equal access.

5. Plaintiffs object to each Interrogatory that contains terms or phrases that are undefined.

6. Plaintiffs object to each Interrogatory that is unlimited in time or otherwise not limited to a reasonable time frame relevant to this litigation.

7. Plaintiffs object to each Interrogatory to the extent that discovery is ongoing in this matter, and it may not yet be in possession of all information necessary to respond in full to the Interrogatory. In this event, Plaintiffs will supplement its answer at the appropriate time.

8. Plaintiffs object to each Interrogatory including the instructions and definitions thereto that impose discovery obligations that exceed the Rules of the United States Court of Federal Claims.

The foregoing General Objections are incorporated by reference within each of its answers and all answers are made subject to, and without waiving, those General Objections, whether or not specifically reiterated in the answers themselves.

**INTERROGATORY NO. 24:**

For each subject property, if you contend that ELIHPA effected a regulatory taking, state the date that you contend that the claim that ELIHPA effected a regulatory taking ripened.

**RESPONSE:**

Plaintiffs object to this Interrogatory on the ground that is vague and ambiguous. Plaintiffs further object to this Interrogatory on the ground that it is duplicative of prior interrogatory and admission requests. Subject to and without waiving these objections, Plaintiffs interpret this request as a request for the date when Plaintiffs contend that they could or did initiate administrative processing under ELIHPA, and that date for those subject properties that proceeded under ELIHPA was after enactment of ELIHPA and either (1) on or about the date that the initial Notice of Intent or Intent to Prepay was submitted to HUD or (2) the date of the twentieth anniversary of the subject property's mortgage, whichever was earlier. A chart of the relevant dates for the subject properties that proceeded under ELIHPA is attached hereto as Exhibit A.

**INTERROGATORY NO. 25:**

For each subject property, if you contend that LIHPRHA effected a regulatory taking, state the date that you contend that the claim that LIHPRHA effected a regulatory taking ripened.

**RESPONSE:**

Plaintiffs object to this Interrogatory on the ground that is vague and ambiguous. Plaintiffs further object to this Interrogatory on the ground that it is duplicative of prior interrogatory and admission requests. Subject to and without waiving these objections, Plaintiffs

interpret this request as a request for the date when Plaintiffs contend that they could or did initiate administrative processing under LIHPRHA, and that date for those subject properties that proceeded under LIHPRHA was after the enactment of LIHPRHA and either (1) on or about the date that the initial Notice of Intent or Intent to Prepay was submitted to HUD or (2) the date of the twentieth anniversary of the subject property's mortgage, whichever was earlier. A chart of the relevant dates for the subject properties that proceeded under LIHPRHA is attached hereto as Exhibit B.

Dated: November 15, 2007

Respectfully Submitted:

Harry J. Kelly
NIXON PEABODY LLP
401 9th Street N.W., Suite 900
Washington, D.C. 2004
(202) 585-8000

Counsel for Plaintiffs

Exhibit A
Response to Defendant's Fourth Set of Interrogatories

| Subject Property Name | Date ELIHPA Effected a Regulatory Taking |
|---|---|
| 1550 Beacon Street | December 27, 1990 |
| 100 Centre Plaza | January 16, 1990 |
| Indian Head Manor | February 25, 1990 |
| Napa Park Apts. | December 28, 1990 |
| Parthenia Manor | May 8, 1992 |
| Beaumont Ave Apts. | December 26, 1990 |
| Coleridge Rd Apts. | July 25, 1992 |
| Icemorelee S Apts. | December 26, 1990 |
| Hardee St Apts | Prior to January 17, 1991 |
| Holloway Court Apts | Prior to January 31, 1991 |
| Henry Street Apts | December 28, 1990 |
| Oakwood Ave Apts | June 19, 1990 |
| Person Court Apts | Prior to January 17, 1991 |
| Raleigh North Apts | December 15, 1990 |
| River Falls Apts | July 28, 1990 |
| Washington Street Apts (Deanswood) | Prior to January 17, 1991 |
| Tucker Street Apts | December 26, 1990 |
| Young Ave Apts | May 31, 1990 |
| Glendale Court Apts | June 6, 1989 |
| Jefferson Court Apts | November 12, 1988 |
| Peachtree Court Apts | No Documents |
| Southgate Apts | December 26, 1990 |

# Exhibit B

Response to Defendant's Fourth Set of Interrogatories

| Property Name | Date LIHPRHA Effected a Regulatory Taking |
|---|---|
| Anaheim Gardens | July 20, 1992 |
| Cedar Gardens | April 22, 1991 |
| Glenview Gardens | September 21, 1992 |
| Millwood Apts. (Biafora) | January 14, 1992 |
| Metro West Ltd. | October 1, 1992 |
| Millwood Townhouses | September 3, 1992 |
| Halawa View Apt | December 31, 1992 |
| Ontario Townhouses | July 2, 1992 |
| Waipahu Towers | July 19, 1992 |
| Rock Creek Terrace | June 19, 1992 |
| Sierra Vista One | June 22, 1992 |
| Silverlake Village | May 8, 1992 |
| Palomar Apartments | July 29, 1992 |
| Holiday Town Apts #1 | December 26, 1990 |
| Market North Apts #2 | April 15, 1991 |
| Millbank Court Apts | Prior to January 28, 1991 |
| Johnson Court Apts | Prior to January 17, 1991 |
| Calico Court Apts (d/b/a Crab Point) | June 5, 1992 |
| Chowan Court Apts. #1 | July 1, 1994 |
| Columbus Court Apts | August 2, 1994 |
| Franklin Court Apts | June 5, 1992 |
| Long Drive Apts #1 | June 5, 1992 |
| Market North Apts #1 | May 21, 1990 |
| Oakwood Ave Apts #2 | August 2, 1993 |
| Stewart's Creek Apts #1 | October 21, 1992 |
| Su Casa Por Cortez | June 17, 1992 |
| San Tomas Apartments | May 8, 1992 |
| Foothill Apts | May 8, 1992 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that two (2) true and correct copies of the forgoing were served this 15th day of November, 2007, by Federal Express, upon the following:

David Harrington, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Room 12136
Washington, DC 20530

Harry J. Kelly

# Anaheim Gardens

| | |
|---|---|
| Anaheim Gardens<br>By: L. S. Ames - Gen'l Ptr.<br>Its: ______ | Foothill Apartments<br>By: ______<br>Its: ______ |
| B-L Associates<br>By: ______<br>Its: ______ | Glenview Gardens, LP<br>By: ______<br>Its: ______ |
| C-W Associates<br>By: ______<br>Its: ______ | Indian Head Manor Limited Partnership I<br>By: ______<br>Its: ______ |
| Cedar Gardens<br>By: ______<br>Its: ______ | Ontario Townhouses LP<br>By: ______<br>Its: ______ |
| Joseph Biafora & Stefi Biafora<br>By: ______<br>Its: ______ | Peter H. Y. Hsi & Pricilla L.F. Hsi (d/b/a General Partners of Waipahu Tower)<br>By: ______<br>Its: ______ |
| Metro West Limited<br>By: ______<br>Its: ______ | Rock Creek Terrace LP<br>By: ______<br>Its: ______ |
| Millwood Associates LP<br>By: ______<br>Its: ______ | Sierra Vista One<br>By: ______<br>Its: ______ |

## Anaheim Gardens

Anaheim Gardens

By: ____________________

Its: ____________________

B-L Associates

By: ____________________

Its: General Partner

C-W Associates

By: ____________________

Its: General Partner

Cedar Gardens

By: ____________________

Its: ____________________

Joseph Biafora & Stefi Biafora

By: ____________________

Its: ____________________

Metro West Limited

By: ____________________

Its: ____________________

Millwood Associates LP

By: ____________________

Its: ____________________

Foothill Apartments

By: ____________________

Its: ____________________

Glenview Gardens, LP

By: ____________________

Its: ____________________

Indian Head Manor Limited Partnership I

By: ____________________

Its: ____________________

Ontario Townhouses LP

By: ____________________

Its: ____________________

Peter H. Y. Hsi & Pricilla L.F. Hsi (d/b/a General Partners of Waipahu Tower)

By: ____________________

Its: ____________________

Rock Creek Terrace LP

By: ____________________

Its: ____________________

Sierra Vista One

By: ____________________

Its: ____________________

10804825.1

## Anaheim Gardens

Anaheim Gardens

By: ______________________________
Its: ______________________________

B-L Associates

By: ______________________________
Its: ______________________________

C-W Associates

By: ______________________________
Its: ______________________________

Cedar Gardens

By: James R Bancroft
Its: Owner

Joseph Biafora & Stefi Biafora

By: ______________________________
Its: ______________________________

Metro West Limited

By: ______________________________
Its: ______________________________

Millwood Associates LP

By: ______________________________
Its: ______________________________

Foothill Apartments

By: ______________________________
Its: ______________________________

Glenview Gardens, LP

By: ______________________________
Its: ______________________________

Indian Head Manor Limited Partnership I

By: ______________________________
Its: ______________________________

Ontario Townhouses LP

By: ______________________________
Its: ______________________________

Peter H. Y. Hsi & Pricilla L.F. Hsi (d/b/a General Partners of Waipahu Tower)

By: ______________________________
Its: ______________________________

Rock Creek Terrace LP

By: ______________________________
Its: ______________________________

Sierra Vista One

By: ______________________________
Its: ______________________________

# Anaheim Gardens

| | |
|---|---|
| Anaheim Gardens<br><br>By: __________<br>Its: __________ | Foothill Apartments<br><br>By: __________<br>Its: __________ |
| B-L Associates<br><br>By: __________<br>Its: __________ | Glenview Gardens, LP<br><br>By: __________<br>Its: __________ |
| C-W Associates<br><br>By: __________<br>Its: __________ | Indian Head Manor Limited Partnership I<br><br>By: __________<br>Its: __________ |
| Cedar Gardens<br><br>By: __________<br>Its: __________ | Ontario Townhouses LP<br><br>By: __________<br>Its: __________ |
| Joseph Biafora & Stefi Biafora<br><br>By: __________<br>Its: __________ | Peter H. Y. Hsi & Pricilla L.F. Hsi (d/b/a General Partners of Waipahu Tower)<br><br>By: __________<br>Its: ~~Owner~~ General Partners |
| Metro West Limited<br><br>By: __________<br>Its: __________ | Rock Creek Terrace LP<br><br>By: __________<br>Its: __________ |
| Millwood Associates LP<br><br>By: __________<br>Its: __________ | Sierra Vista One<br><br>By: __________<br>Its: __________ |

| | |
|---|---|
| Napa Park Apartments LP<br><br>By: __________<br>Its: __________ | Silverlake Village<br><br>By: __________<br>Its: __________ |
| Norman M. Kronick & Louis Dulien (d/b/a Halawa View Apartments)<br><br>By: Norman M Kronick<br>Its: General Partner | The Palomar Apartments<br><br>By: __________<br>Its: __________ |
| Thetford Properties IV LP<br><br>By: __________<br>Its: __________ | Thetford Properties III LP<br><br>By: __________<br>Its: __________ |
| 825 San Tomas Apartments<br><br>By: __________<br>Its: __________ | 620 Su Casa Por Cortez<br><br>By: __________<br>Its: __________ |
| 3740 Silverlake Village<br><br>By: __________<br>Its: __________ | |

| | |
|---|---|
| Napa Park Apartments LP<br><br>By: ____________<br>Its: ____________ | Silverlake Village<br><br>By: ____________<br>Its: ____________ |
| Norman M. Kronick & Louis Dulien (d/b/a Halawa View Apartments)<br><br>By: ____________<br>Its: ____________ | The Palomar Apartments<br><br>By: ____________<br>Its: ____________ |
| Thetford Properties IV LP<br><br>By: [signature]<br>Its: General Partner | Thetford Properties III LP<br><br>By: [signature]<br>Its: General Partner |
| 825 San Tomas Apartments<br><br>By: ____________<br>Its: ____________ | 620 Su Casa Por Cortez<br><br>By: ____________<br>Its: ____________ |
| 3740 Silverlake Village<br><br>By: ____________<br>Its: ____________ | |

- 2 -

Napa Park Apartments LP

By: __________________________
Its: __________________________

Norman M. Kronick & Louis Dulien (d/b/a Halawa View Apartments)

By: __________________________
Its: __________________________

Thetford Properties IV LP

By: __________________________
Its: __________________________

825 San Tomas Apartments

By: __________________________
Its: __________________________

3740 Silverlake Village

By: __________________________
Its: __________________________

Silverlake Village

By: __________________________
Its: __________________________

The Palomar Apartments

By: 
Its: GENERAL PARTNER

Thetford Properties III LP

By: __________________________
Its: __________________________

620 Su Casa Por Cortez

By: __________________________
Its: __________________________

## Anaheim Gardens

| | |
|---|---|
| Anaheim Gardens<br><br>By: __________<br>Its: __________ | Foothill Apartments<br><br>By: __________<br>Its: __________ |
| B-L Associates<br><br>By: __________<br>Its: __________ | Glenview Gardens, LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| C-W Associates<br><br>By: __________<br>Its: __________ | Indian Head Manor Limited Partnership I<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President |
| Cedar Gardens<br><br>By: __________<br>Its: __________ | Ontario Townhouses LP<br>By: Mid-City Financial Corporation - General Partner<br>By: [signature]<br>Its: President |
| Joseph Biafora & Stefi Biafora<br><br>By: __________<br>Its: __________ | Peter H. Y. Hsi & Pricilla L.F. Hsi (d/b/a General Partners of Waipahu Tower)<br><br>By: __________<br>Its: __________ |
| Metro West Limited<br><br>By: __________<br>Its: __________ | Rock Creek Terrace LP<br>By: Mid-City Financial Corporation - General Partner<br>By: [signature]<br>Its: President |
| Millwood Associates LP<br>By: Mid-City Financial Corporation - General Partner<br>By: [signature]<br>Its: PRESIDENT | Sierra Vista One<br><br>By: __________<br>Its: __________ |

| | |
|---|---|
| Napa Park Apartments LP<br>By: Mid-City Financial Corporation - Agent<br>By: [signature]<br>Its: President | Silverlake Village<br><br>By: ____________<br>Its: ____________ |
| Norman M. Kronick & Louis Dulien (d/b/a Halawa View Apartments)<br><br>By: ____________<br>Its: ____________ | The Palomar Apartments<br><br>By: ____________<br>Its: ____________ |
| Thetford Properties IV LP<br><br>By: ____________<br>Its: ____________ | Thetford Properties III LP<br><br>By: ____________<br>Its: ____________ |
| 825 San Tomas Apartments<br><br>By: ____________<br>Its: ____________ | 620 Su Casa Por Cortez<br><br>By: ____________<br>Its: ____________ |
| 3740 Silverlake Village<br><br>By: ____________<br>Its: ____________ | |