# EXHIBIT B

**U.S. Department of Justice**

Civil Division

JED:BMS:DHarrington
DJ No. 154-93-655 & 154-97-582

Telephone: (202) 616-0465
Facsimile: (202) 307-0972

*Washington, D.C. 20530*

October 25, 2007

*Via Electronic Mail and U.S. Mail*

Harry J. Kelly, Esq.
Nixon Peabody LLP
401 Ninth St., N.W.
Suite 900
Washington, D.C. 20004

Re: *Anaheim Gardens, et al. v. United States*, No. 93-655C (Fed. Cl.);
*Algonquin Heights, et al. v. United States*, No. 97-582C (Fed. Cl.).

Dear Mr. Kelly:

In my October 12, 2007 letter, I objected to plaintiffs' request that the United States provide a deponent to testify about the steps taken to produce documents in this litigation because such testimony would implicate attorney-client communications and protected work product. In lieu of such testimony, I explained that we would provide a written description of efforts taken to obtain responsive documents. The written description is enclosed with this letter.

Very truly yours,

David A. Harrington
Trial Attorney
Commercial Litigation Branch

# Document Production Efforts in *Anaheim Gardens* and *Algonquin Heights*

The United States has produced to date more than 230,000 pages of documents in the Anaheim Gardens and Algonquin Heights litigation. Documents were located in two phases: first, a general, nationwide document review was conducted in 1999; second, a search for documents responsive to specific discovery requests propounded in the Anaheim Gardens and Algonquin Heights actions occurred in 2006 and 2007.

## Nationwide Retrieval Of Documents

In late 1999, the Department of Justice initiated a comprehensive search for documents relating to projects in the Section 236 and 221(d)(3) programs. The search was not conducted in response to particular document requests, but rather focused on projects that were involved in pending lawsuits concerning ELIHPA and LIHPRHA. This effort identified and compiled specific categories of documents located at HUD headquarters and at HUD regional offices throughout the country. We have produced over 102,000 pages of documents obtained through this effort in response to discovery requests in Algonquin Heights and Anaheim Gardens.

## Retrieval Of Documents In Response To Discovery Requests In *Anaheim Gardens* And *Algonquin Heights*

In 2006, Government counsel began retrieving documents responsive to discovery requests propounded in the Anaheim Gardens and Algonquin Heights litigation. This included material from both HUD's Washington Docket and project files retained by HUD regional offices.

The Washington Docket contains copies of documents relating to the development and construction of the project, the project's title insurance, mortgage, financial statements and ownership information, and documents relating to any second mortgage or refinancing. A search for Washington Docket material was performed and responsive material was produced on a rolling basis.

HUD field offices generally maintain a file for each Section 221(d)(3) or 236 projects within its purview. For each project for which documents were requested, the appropriate HUD field office was contacted and directed to identify and produce responsive material. Responsive material was produced on a rolling basis. The volume of material varied by project as some projects had been out of the HUD system for many years, while other projects remain active.