**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 93-655C |
| v. | ) | (Judge Margaret M. Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ALGONQUIN HEIGHTS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 97-582C |
| v. | ) | (Judge Margaret M. Sweeney) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO JOINT FILE STATUS REPORT**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States, upon behalf of both parties, respectfully requests a seven-day enlargement of time, to and including March 14, 2008, within which to file a joint status report pursuant to the Court's February 29, 2008 orders. The parties' joint status report is currently due March 7, 2008. This is the first request for an enlargement of time for this purpose. Counsel for plaintiffs, Harry Kelly, consents to this request for an enlargement.

On Feburary 29, 2008, the Court directed the parties to confer regarding the scheduling of discovery authorized by the Court's February 29, 2008 orders on the parties' respective motions to compel. On March 5, 2008 and March 7, 2008, the parties discussed the scheduling of Rule 30(b)(6) depositions regarding (1) the Chateau Parc West project, (2) other projects that

prepaid pursuant to the Preservation Statutes, (3) administrative processing pursuant to the Preservation Statutes, (4) the document retention policies and practices of HUD field offices, and (5) the steps taken by the United States to produce documents requested by plaintiffs in these matters. Additionally, the parties conferred regarding the timetable for plaintiffs to provide answers to the United States' 24th and 25th interrogatories and for the United States to provide a revised response to plaintiffs' requests for production addressing the steps taken to locate documents about projects that prepaid pursuant the Preservation Statutes.

The parties have agreed that answers to United States' 24th and 25th interrogatories and supplemental responses to plaintiffs' requests for production should be served before further depositions are commenced. The United States has informed plaintiffs that 17 different HUD regional offices managed one or more of the projects at issue in these actions. In addition, the United States has provided to plaintiffs a written summary identifying the respective regional offices assigned to manage the projects at issue. Using this information, the parties hope to reduce the number of depositions to be taken on document retention policies. However, plaintiffs have not yet reached a final decision regarding the document retention depositions that they will seek to take. Accordingly, to complete discussions regarding these matters and to finalize a timetable for performing Court-authorized discovery, the parties respectfully request a seven-day enlargement.

For the foregoing reasons, the United States, upon behalf of both parties and with the consent of the plaintiffs, respectfully requests that the Court grant a seven-day enlargement to file a status report regarding further proceedings in these matters.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ David A. Harrington

DAVID A. HARRINGTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0465
Fax: (202) 305-7644

March 9, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of March 2008, a copy of "UNOPPOSED MOTION FOR ENLARGEMENT TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington