# In the United States Court of Federal Claims

No. 93-655 C
(Filed: March 7, 2008)

| | |
|---|---|
| ANAHEIM GARDENS, et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On March 7, 2008, defendant filed an unopposed motion for enlargement of time to file a joint status report. Defendant requests a seven (7) day enlargement, to and including March 14, 2008, within which to file a joint status report in accordance with the court's February 29, 2008 orders. The parties' joint status report is currently due March 7, 2008. Defendant states that this is the first request for an enlargement of time for this purpose and that plaintiffs consent to this request.

Defendant represents that the parties have been discussing the scheduling of RCFC 30(b)(6) depositions on various issues addressed by the court in its February 29, 2008 orders, as well as timetables for plaintiffs to provide answers to defendant's twenty-fourth and twenty-fifth interrogatories and defendant's revised response to plaintiffs' requests for production. The parties have not, however, reached a final decision on the scheduling of these matters at this time. Defendant submits that an enlargement of seven days will permit the parties to complete discussions and finalize a timetable for this discovery.

**Accordingly, defendant's motion is GRANTED. The parties shall submit a joint status report pursuant to the court's February 29, 2008 orders no later than Friday, March 14, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge