# In the United States Court of Federal Claims

No. 93-655 C
(Filed: April 4, 2008)

| | |
|---|---|
| ANAHEIM GARDENS, et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On April 2, 2008, defendant filed a Motion for Expedited Status Conference to Address the Scope of Discovery Pursuant to the Court's February 29, 2008 Order ("motion"). In its motion, defendant indicates that the parties disagree about the nature and scope of additional testimony required by the court's February 29, 2008 Ruling on Plaintiff's Motion to Compel Defendant to Answer Questions and to Produce Certain Documents. Defendant represents that it consulted with plaintiffs, who have declined to consent to the relief sought by its motion, but that plaintiffs do not necessarily oppose the scheduling of a status conference.

Given that defendant seeks an expedited status conference on or before April 11, 2008, to address the issue(s) set forth in its motion, the court requests an expedited response from plaintiffs prior to any scheduling of a status conference. **Accordingly, the parties shall adhere to the following schedule:**

1. **Plaintiffs shall file a response to defendant's motion by no later than 5:00 p.m., Eastern Daylight Time, on Wednesday, April 9, 2008.**

2. **The parties shall confer and contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, as soon as possible to schedule a status conference to be held no earlier than April 11, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge