# In the United States Court of Federal Claims

No. 93-655 C
(Filed: April 7, 2008)

***********************************
ANAHEIM GARDENS, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On April 4, 2008, the court issued an order requesting that the parties confer and contact the court to schedule a status conference. After consultation with counsel, the court has scheduled a telephonic status conference for **Friday, April 11, 2008, at 11:00 a.m. Eastern Daylight Time**. The court shall contact the parties to initiate the conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge