# In the United States Court of Federal Claims

No. 93-655 C
(Filed: June 4, 2008)

| | |
|---|---|
| ANAHEIM GARDENS et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On June 2, 2008, the parties in the above-captioned case filed their Joint Status Report concerning a proposed process and schedule for summary judgment briefing on the issue of ripeness. The court has reviewed the parties' competing proposals and finds that plaintiff's proposal is the better course. Accordingly, the court adopts the following schedule:

- The parties shall file simultaneous motions for summary judgment addressing the ripeness claims of all plaintiffs **no later than Monday, September 22, 2008**. The supporting briefs shall not exceed 40 pages in length.

- The parties shall file simultaneous opposition briefs **no later than Wednesday, October 22, 2008**. The opposition briefs shall not exceed 40 pages in length.

- The parties shall file simultaneous reply briefs **no later than Wednesday, October 29, 2008**. The reply briefs shall not exceed 25 pages in length.

Further, the court is not prepared to consolidate this case with Algonquin Heights et al. v. United States, No. 97-582C, at this time.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge