**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANAHEIM GARDENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 93-655C |
| | ) | (Judge Margaret M. Sweeney) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS RELATING TO CERTAIN PROPERTIES OWNED BY PLAINTIFF THETFORD PROPERTIES IV L. P.**

Plaintiff Thetford Properties IV L. P., by and through undersigned counsel, respectfully submits this Stipulation to dismiss its claims concerning two of its properties, Holiday Town Apartments II ("Holiday Town II") and Oakwood Avenue Apartments II ("Oakwood Avenue II"), from the lawsuit with prejudice. All other claims of Thetford Properties IV L.P., Thetford Properties III L.P. and the other plaintiffs in this action are unaffected by this request. The Government has reviewed this Stipulation and consents to it.

Dated: July 21, 2008

/s/ Harry J. Kelly
Harry J. Kelly
NIXON PEABODY LLP
401 9th Street N.W., Suite 900
Washington, D.C. 20004
(202) 585-8000
(202) 585-8080

Attorneys for Plaintiffs

CERTIFICATE OF FILING

I certify that on the 21st day of July 2008, a copy of the foregoing "**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS RELATING TO CERTAIN PROPERTIES OWNED BY PLAINTIFF THETFORD PROPERTIES IV L. P.**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__________/s/ Harry J. Kelly_________