# In the United States Court of Federal Claims

No. 93-655 C
(Filed: July 23, 2008)

| | |
|---|---|
| ANAHEIM GARDENS et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On July 21, 2008, plaintiff filed a Stipulation of Dismissal With Prejudice of Claims Relating to Certain Properties Owned by Plaintiff Thetford Properties IV L.P. Although plaintiff's counsel represents that counsel for defendant has reviewed and consented to the stipulation, defendant's counsel did not sign the stipulation. In the absence of a signature from defendant's counsel, plaintiff should have filed a notice of partial dismissal. This deficiency, however, is technical and harmless. **Accordingly, the Clerk of the Court is directed to file plaintiff's stipulation, document #206, by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge