# In the United States Court of Federal Claims

No. 93-655 C
(Filed: September 2, 2008)

***********************************
ANAHEIM GARDENS, et al., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On August 29, 2008, plaintiffs filed their Response and Opposition to Defendant's Motion for Partial Summary Judgment ("response and opposition"). The Clerk of the Court noted that plaintiffs' filing contained the following deficiency: the specific contents of plaintiffs' appendix were not listed in the table of contents to the response and opposition as required by RCFC 5.3(a)(1)(A), (G), and 5.3(a)(2). The court finds that this omission is harmless. **Accordingly, the Clerk of the Court is directed to file plaintiffs' response and opposition, document #210, by leave of the court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge